IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-03079-01-CR-S-BP |
| ) | |
| JOSEPH K. MEIEROTTO, ) | |
| ) | |
| Defendant. ) | |

O R D E R

On October 26, 2020, Defendant was ordered to undergo a competency evaluation. (Doc. 84.) Defendant was examined by Dr. Ryan Nybo, Forensic Psychologist. It is the opinion of Dr. Nybo that Defendant is competent to proceed. (Doc. 85.) During a hearing held before Chief United States Magistrate Judge David P. Rush on April 8, 2021, Dr. Nybo's report was entered in evidence, and no other evidence was offered. (*See* Doc. 89.) Thereafter, Judge Rush issued a Report recommending that the Court find that Defendant is competent to proceed. (Doc. 90.) No party objected to the Report and Recommendation, and the time for doing so has passed. Accordingly, after reviewing the Record (including Dr. Nybo's report), it is

ORDERED that the Report and Recommendation of Judge Rush is adopted in its entirety, and this Court finds that Defendant is competent.

**IT IS SO ORDERED.**

DATE: April _29_, 2021

_/s/Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT